**MASELLI, MILLS & FORNAL, P.C.**
ATTORNEYS AT LAW

400 ALEXANDER PARK, SUITE 101
PRINCETON, NJ 08540
PHONE: 609-452-8411  FAX: 609-452-8422
Website: MaselliLaw.com

October 24, 2025

**VIA ECF**
United States District Court, District of New Jersey
Honorable Edward S. Kiel
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:   The Mansions Urban Renewal Associates, LLC, v. Falls Lake Fire and Casualty
      Insurance Company, et. al.
      Civil No.: 1:25-cv-04497-ESK-MJS

Dear Judge Kiel,

This firm represents Plaintiff The Mansions Urban Renewal Associates, LLC in the above-referenced action. We write to inform the Court that the parties have reached a settlement resulting from the mediation that occurred on October 16, 2025. The parties are currently in the process of formalizing a settlement agreement.

There is presently a status conference scheduled for November 7, 2025. In light of the settlement reached, Plaintiff respectfully requests that the Court adjourn the status conference indefinitely. Once a formal settlement agreement is executed and monies received, Plaintiff will file a Stipulation of Dismissal with the Court.

Respectfully,


MASELLI, MILLS & FORNAL, P.C.

By:   */s/ Melissa M. Nelson*
      MELISSA M. NELSON

MMN/jd

c.:   Client (*via email*)