UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MANSIONS URBAN RENEWAL ASSOCIATES, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FALLS LAKE FIRE AND CASUALTY INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, IRONSHORE SPECIALTY INSURANCE COMPANY d/b/a IRONSHORE INSURANCE,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 1:25-cv-04497-ESK-MJS<br><br>**ORDER**<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, the attorneys of record for all the parties to the above-captioned action, that the matter be and the same hereby is dismissed with prejudice and without costs to any party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: November 21, 2025

MASELLI, MILLS & FORNAL, P.C.

By: _____
Melissa M. Nelson, Esq.
400 Alexander Park, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
mnelson@masellilaw.com
*Attorneys for Plaintiff*

FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC

By: _____
Robert M. Wolf, Esq.
180 Park Avenue, Suite 202
Florham Park, New Jersey 07932
(973) 343-4960
robert.wolf@finazzolaw.com
*Attorneys for Defendants*

SO ORDERED:

_____
Edward S. Kiel, U.S.D.J.

So ordered.

　/s/ Edward S. Kiel
Edward S. Kiel, U.S.D.J.
Date: November 22, 2025